CANDACE C. HERLING, ESQ.
Nevada Bar No. 13503
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: cherling@messner.com
*Attorneys for Defendant*
*United Service Protection Corporation*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY PEEK and PATRICIA PEEK, husband and wife,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>BISH'S RV, INC., an Idaho corporation; JAYCO, INC., an Indiana corporation; UNITED SERVICE PROTECTION CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:21-cv-00370<br><br>**ORDER REGARDING STIPULATION TO DISMISS DEFENDANT UNITED SERVICE PROTECTION CORPORATION** |

Pursuant to the stipulation of counsel for the moving parties (ECF No. 50), and good cause appearing:

It is therefore ordered that Defendant, UNITED SERVICE PROTECTION CORPORATION, is dismissed from the instant litigation, United States District Court for the District of Nevada Case No. 3:21-cv-00370-MMD-CLB.

　It is further ordered that each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED THIS 10th Day of June 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF DISTRICT COURT JUDGE