Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Kimberley A. Hyson, Esq.
Nevada State Bar No. 11611
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: khyson@joneslovelock.com

*Attorneys for Defendants Bish's RV, Inc. and Jayco, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY PEEK and PATRICIA PEEK, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BISH'S RV, INC., an Idaho corporation; JAYCO, INC., an Indiana corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-00370-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs BOBBY PEEK and PATRICIA PEEK, by and through their counsel of record, Jonathan J. Whitehead, Esq. of the law firm WHITEHEAD & WHITEHEAD, and Defendants BISH'S RV, INC. and JAYCO, INC., by and through their counsel of record, Nicole E. Lovelock, Esq. of the law firm JONES LOVELOCK, hereby stipulate and agree that Defendants BISH'S RV, INC. and JAYCO, INC. are hereby dismissed, with prejudice, and that all parties agree to bear their

/ / /

/ / /

/ / /

own attorneys' fees and costs.

**IT IS HEREBY STIPULATED.**

Dated this 28th day of June 2022.

WHITEHEAD & WHITEHEAD

By: *(signature)*
JONATHAN J. WHITEHEAD, ESQ.
Nevada State Bar No. 4415
10389 Double R. Boulevard
Reno, Nevada 89521

*Attorneys for Plaintiffs*

Dated this 28th day of June 2022.

JONES LOVELOCK

By: *(signature)*
NICOLE E. LOCKLOCK, ESQ.
Nevada State Bar No. 11187
KIMBERLEY A. HYSON, ESQ.
Nevada State Bar No. 11611
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119

*Attorneys for Defendants Bish's RV, Inc. and Jayco, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 30, 2022